BEFORE THE THIRD DIVISION, SEPTEMBER 17, 1968

**No. P68/397.**—Haruta & Co., Inc. *v.* United States, protests 67/38736, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISON, SEPTEMBER 18, 1968

**No. P68/398.**—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc. *v.* United States, protest 61/5965 (New York).

**No. P68/399.**—Brown Boveri Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protests 63/3922, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of compressors and parts thereof dedicated to use on compressors similar in all material respects to those the subject of *Brown Boveri Corp.* and *Gehrig, Hoban & Co., Inc.* v. *United States* (58 Cust. Ct. 131, C.D. 2905), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 23, 1968

**No. P68/400.**—Seedman International Corp. *v.* United States, protests 308403–K, etc. (New York).

**No. P68/401.**—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 61/8568, etc. (New York).

**No. P68/402.**—The Trico International Co., Inc. *v.* United States, protests 64/8460, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiffs was sustained.